UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Keith Richard Hamilton and Nicole Michele Hamilton

Bankruptcy Case: **11−50488−mss**

Chapter: **13**

Judge: **MARILYN SHEA−STONUM**

**Plaintiff:**
Keith Hamilton and Nicole Hamilton

−vs−

Adv. Proc. No.: **14−05011−mss**

**Defendant:**
U.S. Bank Home Mortgage et al.,

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**U.S. Bank Home Mortgage**

**U.S. Bank, N.A.**

**First Merit Bank, N.A.**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

KENNETH J. HIRZ, CLERK OF COURT

**Dated:** March 26, 2014
Form ohnb270

By: /s/Stephanie Pete
Deputy Clerk