```
                              United States Bankruptcy Court
                               Northern District of Ohio
Hamilton,
         Plaintiff                                           Adv. Proc. No. 14-05011-mss

U.S. Bank Home Mortgage,
         Defendant                    CERTIFICATE OF NOTICE

District/off: 0647-5          User: spete              Page 1 of 1          Date Rcvd: Mar 26, 2014
                              Form ID: 270             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2014.
```
dft          ++FIRSTMERIT BANK NA,    3 CASCADE PLAZA CAS36,    3RD FLOOR,    AKRON OH 44308-1124
               (address filed with court:  FirstMerit Bank, N.A.,    Att.: Highest Officer,
                106 South Main Street,    Akron, OH  44308)
pla          +Keith Richard Hamilton,    1368 Ada Street,    Akron, OH 44306-3446
pla          +Nicole Michele Hamilton,    1368 Ada Street,    Akron, OH 44306-3446
dft           U.S. Bank Home Mortgage,    Att.: Highest Officer,    17500 Rockside Road,
               Bedford, OH  44146-2099
dft          ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank, N.A.,    Att.: Highest Officer,    425 Walnut Street,
                Cincinnati, OH  45202)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2014 at the address(es) listed below:
```
              Keith Rucinski    efilings@ch13akron.com,   krucinski@ecf.epiqsystems.com
              Priscilla    Schnittke     on behalf of Plaintiff Nicole Michele Hamilton pschnittke@knevel.com,
               mknevel@knevel.com;jknevel@knevel.com;ecfknevel@gmail.com;rking@knevel.com;mmihal@knevel.com;ecf@
               knevel.com
              Priscilla    Schnittke     on behalf of Plaintiff Keith Richard Hamilton pschnittke@knevel.com,
               mknevel@knevel.com;jknevel@knevel.com;ecfknevel@gmail.com;rking@knevel.com;mmihal@knevel.com;ecf@
               knevel.com
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Keith Richard Hamilton and Nicole Michele Hamilton

Bankruptcy Case: **11−50488−mss**

Chapter: **13**

Judge: **MARILYN SHEA−STONUM**

**Plaintiff:**
Keith Hamilton and Nicole Hamilton

−vs−

Adv. Proc. No.: **14−05011−mss**

**Defendant:**
U.S. Bank Home Mortgage et al.,

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**U.S. Bank Home Mortgage**

**U.S. Bank, N.A.**

**First Merit Bank, N.A.**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

KENNETH J. HIRZ, CLERK OF COURT

**Dated:** March 26, 2014
Form ohnb270

By: /s/Stephanie Pete
Deputy Clerk