IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | In Proceedings Under |
| ) | Chapter 13 |
| Keith Richard and Nicole Michele Hamilton ) | Case Number 11-50488 |
|     Debtors. ) | |
| ) | Adversary Proceeding No. 14-05011 |
| Keith Richard and Nicole Michele Hamilton ) | |
|     Plaintiffs. ) | |
|     -vs- ) | |
| U.S. Bank Home Mortgage *et al.* ) | Hon. Marilyn Shea-Stonum |
|     Defendants. ) | |

**MOTION FOR DEFAULT JUDGMENT TO DETERMINE THAT THE CLAIM OF
FIRSTMERIT BANK, N.A.
SHALL BE FULLY UNSECURED PURSUANT TO 11 U.S.C. SECTION 522(f)
OF THE BANKRUPTCY CODE**

Debtors, by and through their undersigned attorney hereby file the within Motion for Default Judgment to Determine that the Claim of FirstMerit Bank, N.A. shall be fully unsecured.

The Plaintiffs-Debtors (hereinafter "Plaintiffs"), Keith Richard and Nicole Michele Hamilton, by counsel, stated in their Complaint against Defendants, the following:

1. That Plaintiffs are adult individuals residing in Akron, Ohio.

2. That Plaintiffs filed a bankruptcy proceeding under Chapter 13 of Title 11 of the United State Code (hereinafter "Bankruptcy Code") on or about February 14, 2011.

3. That Defendant, U.S. Bank Home Mortgage has a first mortgage on Plaintiffs' residence, is an FDIC lending institution, and its Headquarters are located at 425 Walnut Street, Cincinnati, Ohio 45202.

4. That Defendant, FirstMerit Bank, N.A., has a lien on Plaintiffs' residence for a Judgment Lien, is an FDIC lending institution, and its headquarters are located at 106 South

Main Street, Akron, OH 44308

5. That this action is properly commenced as an adversary proceeding pursuant to Fed. R. Bankr. Proc. 7001.

6. That this adversary proceeding relates to and arises in the Chapter 13 case of the Plaintiffs bearing case number 11-50488, which is currently pending in the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division.

7. That this Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. sections 1334 and 157 and the General Order No. 84 entered in this District on July 26, 1984, and the claims set forth herein are core proceedings within the meaning of the United States Bankruptcy Code.

8. That the Court has personal jurisdiction over the Defendants pursuant to Fed. R. Bankr. 7004(f).

9. That this District is the proper venue for this adversary proceeding pursuant to 28 U.S.C. section 1409(a).

## COUNT 1: AVOID JUDGMENT LIEN OF
## FirstMerit Bank, N.A.

10. That the Plaintiffs own a fee simple interest in real estate located at 1368 Ada Street, Akron, OH 44306, known as parcel number 68-05075. The legal description for said property is attached as Exhibit A and is incorporated herein by reference.

11. That this real property represents the Plaintiffs' personal residence, and it has a market value of $71,040.00, per the Auditor of Summit County, which is attached as Exhibit B and incorporated herein by reference.

12. That the property is encumbered by a first mortgage to U.S. Bank Home Mortgage in the amount of $58,814.14, as of the date of the filing of Debtors' petition, per the statement from U.S. Bank attached as Exhibit C and incorporated herein by reference.

13. That the property is further encumbered by a Judgment Lien to FirstMerit Bank, N.A., in the amount of $23,374.17, as of the date of the filing of Debtors' petition per their Judgment Lien filed with the Summit County Clerk of Courts, Case No. JL-20110751, filed on January 27, 2011, attached as Exhibit D and incorporated herein by reference

14. That based on the provisions of 11 U.S.C. sections 522(f) and given that the value of Debtors' residence in the amount of $71,040.00, that there is a first mortgage on said residence in the amount of $58,814.15, and that Debtor, Keith Richard Hamilton's, exemption in his homestead is $20,200.00, the Judgment Lien of FirstMerit Bank, N.A. impairs an exemption to which Debtor, Keith Richard Hamilton, would be entitled. Therefore, the Judgment Lien of FirstMerit Bank, N.A. is entirely unsecured.

The Plaintiffs, the Chapter 13 Trustee, and all necessary parties were served with the Complaint in the Adversary Proceeding and no party filed a response or otherwise appeared in opposition to the Complaint in the Adversary Proceeding.

As no party or interested person filed a response or otherwise appeared in opposition to the Complaint in the Adversary Proceeding (hereinafter "Complaint"), the Plaintiffs request that the relief sought in the Complaint, as restated above, determining that the claim of FirstMerit Bank, N.A. shall be fully unsecured pursuant to section 522(f) of the Bankruptcy Code, be granted and an Order granting the same shall be issued.

**WHEREFORE,** Plaintiffs-Debtors pray that this Motion be granted.

    Respectfully submitted,

    */s/ Priscilla A. Schnittke*
    KNEVEL & ASSOCIATES CO. LPA
    Priscilla A. Schnittke, 0040508
    Attorney for Plaintiffs-Debtors
    629 Euclid Avenue, Suite 1037
    Cleveland, OH 44114
    (216) 523-7800
    FAX 523-7801
    pschnittke@knevel.com

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Motion was electronically transmitted via the Court's CM/ECF system on or about April 24, 2014, to the following who are listed on the Court's Electronic Mail Notice List

United States Trustee, USTP.Region09@usdoj.gov
Keith L. Rucinski, Chapter 13 Trustee, krucinski@ch13akron.com

It is further certified that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

Plaintiffs-Debtors:
Keith Richard and Nicole Michele Hamilton, 1368 Ada Street, Akron, OH 44306

Creditors/Other Parties in interest:
U.S. Bank Home Mortgage, Attn: Highest Officer, 17500 Rockside Road, Bedford, OH 44146-2099
U.S. Bank, N.A., Attn.: Highest Officer, 425 Walnut Street, Cincinnati, OH 45202
FirstMerit Bank, N.A., Attn.: Highest Officer, 106 South Main Street, Akron, OH 44308

*/s/ Priscilla Schnittke*
Priscilla Schnittke, 0040508
Attorney for Plaintiffs-Debtors
pschnittke@knevel.com

# DEED OF JOHN M. MACAK



JOHN M. MACAK, executor of the will of Rose V. Macak, by the power conferred by The Court of Common Pleas, Summit County, Ohio, Probate Division and every other power, for one dollar ($1.00) and other valuable consideration paid, grants, with fiduciary covenants, to Keith R. Hamilton, an unmarried man, whose tax mailing address is 2915 Pikes Ave, Akron, Ohio 44314, the following real property:

Situated in the City of Akron, County of Summit and State of Ohio: and known as being all of Lot 806, and the south thirteen and thirty-three hundredths (13.33) feet front and rear of Lot 807 in the P.T. McCourt Allotment, the plat of which is recorded in the Recorder's Office of Summit County, Ohio, in Plat Book 34, Pages 44 to 51 inclusive.

Also known as 1368 Ada Street, Akron, Ohio 44306

Permanent Parcel No. ~~27~~ #00478-03-015.000  #68-05015
ANOMAP ROUTING No.

Prior instrument reference: Volume 6248, Page 360 and 361, Records of Deeds, Recorder's Office, Summit County, Ohio.

WITNESS my signature, this 15th day of June, 1998.

Attest:
_Michelle E Stevens_
Witness MICHELLE E. STEVENS

_Keith C. Ruffner_
Witness KEITH C. RUFFNER

_John M. Macak_
John M. Macak, Executor

TRANSFERRED IN COMPLIANCE WITH SEC. 319.202 REV. CODE

$ 77,100.00 Consideration    $ 308.40 FEE
JAMES B. McCARTHY  BY _____
County Auditor      Deputy Auditor

STATE OF SUMMIT     )
                    ) ss.
COUNTY OF OHIO      )

I, the undersigned, a Notary Public in and for the State and County aforesaid do hereby certify that John M. Macak whose name is signed to the foregoing document has this day personally appeared before me and acknowledged the same.

Given under my hand this 15th day of June, 1998.

_Keith C. Ruffner_
Notary Public
My commission expires: _____ (Seal)

KEITH C. RUFFNER II, Attorney At Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Under Section 147.03 RC

This instrument prepared by: Keith C. Ruffner II
209 S. Main St., Suite 201
Akron, OH 44308-1319
(330) 535-7174

TRANSFERRED
98 JUL -2 PM 3:45
JAMES B. McCARTHY
SUMMIT COUNTY AUDITOR

EXHIBIT A

# Kristen M. Scalise CPA, CFE
Fiscal Officer, County of Summit
Note: This is a live file and is subject to constant change.
IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT
Summit County Auditor Division, OH - Tax Year 2011

Print

Reference Year
FEB 08, 2014
03:06 PM

## BASIC INFORMATION FOR PARCEL 6805075

| | | | |
|---|---|---|---|
| PARCEL | 6805075 | ALT_ID 070047803015000 | NO CARDS 1 |
| OWNER | HAMILTON KEITH R | | INFO |
| OWNER | | | ---LISTER--- |
| DESC. | P T MC COURT LOT 806 ALL LOT 807 S ADA ST | | 523/862   01-JAN-08 |
| DESC. | | | RENTAL REG: N/A |
| DESC. | | LUC 510 | R - SINGLE FAMILY DWELLING, PLATTED |
| ADDR. | 1368 ADA ST , AKRON 44306- | | CLASS R |
| SPEC FLAG | | | NBR   30100013 |
| HOMESTEAD | No | | 2.5% REDUCTION  No |
| DISTRICT | 68   AKRON CITY-AKRON CSD | | INTER-COUNTY   77-0530 |

## LAND FOR PARCEL 6805075

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 53 | 50 | 110 | 375 | .85 | 190/190 | | | 15600 |

LOT CODE: 01 = HOUSE LOT

## RESIDENTIAL CARD 1 OF 1 FOR PARCEL 6805075

| | | | |
|---|---|---|---|
| STYHT | 1 | HT/AC | CENTRAL AIR CONDITION |
| CONST | ALUMINUM/VINYL | FUEL | GAS |
| MSRY TRIM | | SYSTEM | |
| TYPE | CAPE COD | ATTIC | FULL FINISHED |
| YR BUILT | 1952 | FINBSMT | |
| EFF YR | | REC RM | 370 |
| YRREMDLD | | FRP PREFB | |
| TOT RM | 5 | FRPL OP/ST | |
| BEDRM | 3 | BSMT GAR | |
| FAMLYRM | | PHYSICAL | 57 |
| FULL/BTH | 1 | FUNC DEP | |
| HALF/BTH | 1 | FUNC RSN | |
| TOT FIXTRS | | ECON DEP | |
| BSMT | FULL | ECON RSN | |
| GFLA | 744 | GRADE | C05 |
| SFLA | 162 | COND (COU) | AVERAGE (95%) |

DESCRIPTION: CAPE COD ALUMINUM/VINYL 1 STORY WITH 744 SQ FT GROUND FLOOR LIVING AREA AND 1162 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1952. IT HAS 5 TOTAL ROOMS WITH 3 BEDROOMS, 1 FULL BATHROOM, 1 HALF BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AIR CONDITION, A FULL FINISHED ATTIC AND THE OVERALL CONDITION IS AVERAGE. THE "ADDN MISC FEATURES" VALUE WAS DERIVED FROM THE ATTIC (370), THE ATTIC (370), THE PLUMBIN ADDITION CODES: REC ROOM (2800).

ADDITIONS:

| | LN | LW | 1S | 2N | 3R | AREA | %COMP | VALUE |
|---|---|---|---|---|---|---|---|---|
| | B | 50 | 10 | | | 120 | | 8740 |

LINE B LOWER LEVEL UNFINISHED BSMT WITH FIRST FLOOR FRAME LIVING AREA

EXHIBIT B

| SECONDARY: | | | | | | %GOOD | %COMP | FUN UNIT | FUN/ RS | ECO/ RS | RCNLD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | YR BLT | SQ FT | MODS | CD | | 60 | | 1 | | | 4800 |
| G20 | 1968 | 1 | | A | | | | | | | |
| G20 = GARAGE DETACHED FRAME/BLOCK | | | | | | | | | | | |

## SUMMARY ALL CARDS FOR PARCEL 6805075

| LAND: | 15600 | BUILDING: | 55440 | TOTAL: | 71040 |
|---|---|---|---|---|---|
| ASSESSED LAND: | 5460 | ASSESSED BLDG: | 19400 | ASSESSED TOTAL: | 24860 |

## SALES INFORMATION FOR PARCEL 6805075

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|---|---|---|---|---|---|---|
| 02-JUL-98 | 12700 | MACAK ROSE V | 77100 | 1 | VALID | 1 |

[ Print ]  [ Pay by Phone ]  [ Pay On-Line ]

## 2011 SUMMARY INFORMATION FOR PARCEL 6805075

| MAILING ADDRESS | | LUC | 510 |
|---|---|---|---|
| HAMILTON KEITH R | | CLASS | R |
| 1368 ADA ST | | 2.5% | N |
| AKRON, OH 44306 | | HMSTD | N |
| APPRAISED VALUE | 71,040 | CAUV | N |
| TAXABLE VALUE | 24,860 | FOREST | N |
| BANK CODE | 41417 US BANCORP SERVICE PROVIDERS | STUB | 68187581 |
| TREAS CODE | | CERT YEAR | N |
| CUR YR REFUND | | DELQ CONTRACT | N |
| PRI YR REFUND | | BANKRUPTCY | N |

## Beginning Tax Duplicate

| | Where Do My Tax Dollars Go? | Voter Approved Levy Tax |
|---|---|---|
| | First Half Charges | Second Half Charges |
| Realestate | 786.31 | 786.31 |
| Special Assessment | 37.38 | 37.38 |
| Total | 823.69 | 823.69 |
| Due Date | FEB 17, 2012 | JUL 13, 2012 |

## Total Tax Amount Due Reflects Payment & Adjustment To Date

| | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 0.00 | 823.69 | 823.69 |
| P & I & ADJ | 0.00 | 0.00 | 0.00 |
| PAYMENTS | 0.00 | -823.69 | -823.69 |
| AMOUNT DUE | 0.00 | 0.00 | 0.00 |
| | | YEARLY AMOUNT DUE: | 0.00 |

## 2011 TAX BILL DETAILS FOR PARCEL 6805075

| DATE | PROJ. SETTLE | # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|
| 03-JAN-12 | 1 | | DUP/ORG | 1220.87 | 1220.87 |
| 03-JAN-12 | 1 | | DUP/RED | -347.19 | -347.19 |
| 03-JAN-12 | 1 | | DUP/ADJ | 873.68 | 873.68 |
| 03-JAN-12 | 1 | | DUP/RLB | -87.37 | 0.00 |
| 03-JAN-12 | 2 | | DUP/RLB | 0.00 | -87.37 |

| Date | | Ref | Type | Amount | Balance |
|---|---|---|---|---|---|
| 03-JAN-12 | 1 | 346768 | DUP/SAC | 35.94 | 35.94 |
| 03-JAN-12 | 1 | 346768 | DUP/SAF | 1.44 | 1.44 |
| 13-FEB-12 | 1 | 346768 | PAY/SAC | -35.94 | 0.00 |
| 13-FEB-12 | 1 | 346768 | PAY/SAF | -1.44 | 0.00 |
| 13-FEB-12 | 1 | | PAY/CHG | -786.31 | 0.00 |
| 02-JUL-12 | 2 | 346768 | PAY/SAC | 0.00 | -35.94 |
| 02-JUL-12 | 2 | 346768 | PAY/SAF | 0.00 | -1.44 |
| 02-JUL-12 | 2 | | PAY/CHG | 0.00 | -786.31 |

| | | |
|---|---|---|
| DELQ REAL ESTATE & ASSESSMENT TAX: | 0.00 | |
| ADJUSTMENT: | 0.00 | |
| DECEMBER INTEREST: | 0.00 | |
| AUGUST INTEREST: | 0.00 | |
| TOTAL | 0.00 | |
| REAL ESTATE CHARGES: | 786.31 | 786.31 |
| SPECIAL ASSESSMENT CHARGES: | 37.38 | 37.38 |
| ADJUSTMENT: | 0.00 | 0.00 |
| TOTAL CHARGES: | 823.69 | 823.69 |

PAYMENTS:

| DATE | TYPE | | |
|---|---|---|---|
| 13-FEB-12 | NML | -823.69 | |
| 02-JUL-12 | NML | | -823.69 |
| TOTAL PAYMENTS: | | -823.69 | -823.69 |
| FH/SH AMOUNT DUE: | | 0.00 | 0.00 |

SPECIAL ASSESSMENT:

| PROJECT | NAME | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| 346768 | M03 ST LTG/SWP-9999 | 2011 | 37.38 | 37.38 |

*Click the Following Links to Navigate the Tax Years*
2014  2013  2012  2010  2009  2008  2007  2006  2005  2004


**Home Mortgage**

OVERNIGHT DELIVERY:
U.S. Bank Home Mortgage
17500 Rockside Road
Bedford, OH 44146-2099



8-726-59193-0089062-018-1-000-011-000-000
KEITH R HAMILTON
1368 ADA ST
AKRON OH 44306-3446

### Contact Information

24 Hour Automated Service: 1-800-240-7890

Customer Service Hours:
Monday - Friday, 7:00 a.m. - 8:00 p.m. ET

Hearing Impaired: 1-800-874-5563
Monday - Friday, 8:00 a.m. - 5:00 p.m. CT

Correspondence Address:
U.S. Bank Home Mortgage
P.O. Box 21948
Eagan, MN 55121

Overnight Payment Delivery Only:
U.S. Bank Home Mortgage
17500 Rockside Road
Bedford, OH 44146-2099

www.usbankhomemortgage.com

Statement Date       10/18/10

### Payment Summary

| | |
|---|---|
| SCHEDULED DUE DATE | 11/01/10 |
| We may contact you if payment is not received by scheduled due date. | |
| LOAN DUE DATE | 11/01/10 |
| **PAYMENT FACTORS** | |
| Principal & Interest | $447.17 |
| Tax | $141.34 |
| Insurance | $56.17 |
| PMI / MIP | $24.21 |
| Overage / Shortage | $23.36 |
| PAYMENT AMOUNT DUE | $692.25 |
| TOTAL AMOUNT DUE | $692.25 |
| **IF PAID AFTER 11/16/10, PAY | $719.94 |

Payment processing cutoff time is 5:00 p.m. Central Time, Monday - Friday. ** Payments received after cutoff time will be applied to your account the next business day. Late charges may be assessed if payments are not received on time as specified in the terms of your mortgage agreement. **Payments due on a weekend or legal holiday will not be assessed a late charge if received by cutoff time the following business day. Cutoff times may vary if choosing alternative payment options.

### Loan Information

| | |
|---|---|
| ACCOUNT NUMBER | 9500773089 |
| PROPERTY ADDRESS: | 1368 ADA ST |
| | AKRON OH 44306 3446 |
| INTEREST RATE | 5.700% |
| **BALANCES** | |
| Principal (Not a Payoff Amount) | $58,814.15 |
| Escrow | $929.54 |
| **YEAR TO DATE** | |
| Interest Paid | $2,849.01 |
| Taxes Paid | $1,696.04 |

SEE REVERSE SIDE FOR ADDITIONAL IMPORTANT INFORMATION

### Transaction Activity

| TRANSACTION DESCRIPTION | DUE DATE | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPT INS/ PRODUCT | SUBSIDY | SUSPENSE | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 10/10 | 10/01/10 | 692.25 | 166.97 | 280.20 | 245.08 | | | | |
| Principal Pmt | 11/10 | 10/01/10 | 8.81 | 8.81 | | | | | | |
| MIP/PMI Disb | 07/11 | 10/05/10 | | | | 24.21- | | | | |

### IMPORTANT MESSAGES

Your satisfaction with our services is very important to us. Please take a moment to respond to our Customer Satisfaction Survey by calling our automated survey number at 1-866-249-4971. This is only a survey. If you must speak with a representative, please refer to the Contact Information above. Thank you.

* BY SWITCHING TO ELECTRONIC BILLS, STATEMENTS, AND PAYMENTS, THE AVERAGE HOUSEHOLD CAN REDUCE GREENHOUSE GAS EMISSIONS BY 171 POUNDS ANNUALLY.

THAT MEANS:
- Not driving 169 miles
- Not consuming 8.8 gallons of gasoline
- Planting 2 trees and allowing them to grow for 10 years
- Preserving 24 square feet of forest land

* To learn more about PayItGreen,
visit www.payitgreen.org


PayItGreen
Good for the Environment. Good for You.

Visit www.usbankhomemortgage.com today to switch to electronic statements and payments. When completing the E-Bill registration, select the paperless bill option or on the Payment Confirmation screen, select to enroll now to receive your bill in green.

---

**Ohio Housing Finance Agency**
"WE OPEN THE DOORS TO AN AFFORDABLE PLACE TO CALL HOME"
www.ohiohome.org

EXHIBIT C

## FIRSTMERIT BANK NA VS KEITH R. HAMILTON

Case Number: JL-20110751  File Date: 01/27/2011  Case Type: JUDGMENT LIEN  Judge:

Home

There are no Judges or Magistrates associated with this case.
There are no Services associated with this case.

| Parties | Dockets/Motions | Judges/Magistrates | Service |
|---|---|---|---|
| FIRSTMERIT BANK NA | | GERTZ, MARC<br>11 SOUTH FORGE STREET AKRON, OH 44304 | |
| HAMILTON, KEITH | | | |

| Volume | Page | Risk/Claim No. | IV-D | Jud. Amount | Court | Jud. Date | Interest Date | ROI | Case No | Serial No. | Released |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NONE | NONE | | N | $23,374.17 | | 01/14/2011 | 23.9900% | 01/14/2011 | | | |

EXHIBIT D